**PRESTIGE CASUALTY INSURANCE CO., INC., Appellant,**

v.

**Carl ELDRED, Respondent.**

**No. WD 37919.**

Missouri Court of Appeals, Western District.

Dec. 16, 1986.

William Garland Beck of Field, Gentry, Benjamin & Robertson, Kansas City, and Leo L. Logan of Boddington & Brown, Kansas City, Kan., for appellant.

Carl Eldred, pro se.

Before SHANGLER, P.J., and MANFORD and BERREY, JJ.

### ORDER

PER CURIAM:

This is an action for declaratory judgment. The petition was dismissed under the doctrine of forum nonconveniens.

Judgment affirmed. Rule 84.16(b).